Christopher J. Hamner, Esq. (SBN 197117)
chamner@hamnerlaw.com
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CRAMER BORNEMAN, on behalf of himself and the proposed class<br><br>Plaintiff<br><br>v.<br><br>ELITE COMFORT SOLUTIONS, LLC, et al<br><br>Defendants | Case No.: 2:21-cv-05689-RGK-RAO<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**REQUEST FOR DISMISSAL OF INDIVIDUAL AND CLASS CLAIMS**

Per FRCP Rule 23, Plaintiff respectfully request the court dismiss this matter in its entirety. Plaintiff requests that his individual claims be dismissed with prejudice and his class and PAGA claims be dismissed without prejudice.

The parties to this action have agreed to an individual settlement of Plaintiff's claims. (See Declaration of Christopher J. Hamner filed herewith ("Hamner decl.") ¶ 1.) Pursuant to the terms of the settlement, Plaintiff releases all

1

2. The proposed class is not certified and no motion for certification has been brought by Plaintiff. The settlement binds Plaintiff and Defendant only. As such Plaintiff submits no notice of to the proposed class of this settlement is necessary.

3. The negotiations for this settlement were adversarial and conducted at arm's length. Neither Plaintiff nor Plaintiff's counsel has been paid any consideration to request the dismissal of the proposed class claims in this matter.

I declare under penalty of perjury that the aforementioned is true and correct. Executed on April 15, 2022 in Los Angeles, California.

By: Christopher J. Hamner, Esq.
Attorneys for Plaintiff

2