Christopher J. Hamner, Esq. (SBN 197117)
chamner@hamnerlaw.com
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654

Attorneys for Plaintiff

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CRAMER BORNEMAN, on behalf of himself and the proposed class<br><br>Plaintiff<br><br>v.<br><br>ELITE COMFORT SOLUTIONS, LLC, et al<br><br>Defendants | Case No.: 2:21-cv-05689-RGK-RAO<br><br>[PROPOSED] ORDER   [21] |

1

# [PROPOSED] ORDER

The court having reviewed the attached stipulation and finding good cause therefore, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's individual claims in this matter are dismissed with prejudice.
2. Plaintiff's PAGA and proposed class action claims in this matter are dismissed without prejudice.

Dated: 4/19/2022

_____
Honorable Judge R. Gary Klausner